AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MFB Fertility Inc.,

V.

Wondfo USA Co., Ltd.

CASE NUMBER: 1:23-cv-17000

ASSIGNED JUDGE: Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

Jihua Wang, Registered Agent
Wondfo USA Co., Ltd.
545 Willowbrook Pkwy, Unit B
Willowbrook, IL 60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur A. Gasey
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Dr., Suite 2470
Chicago, IL 60606
(312) 236-0733; gasey@vvnlaw.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



February 13, 2024

DATE

# Affidavit of Process Server

**MEB Fertility, Inc.** vs. **Wondfo USA Co., Ltd.**    1:23CV17000
Plaintiff/Petitioner    Defendant/Respondent    Case#

Karl Brown

Being duly sworn, on my oath, I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Wondfo USA Co., Ltd.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $ _____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) **FIO Chih – Accountant**
at ☐ Home
☒ Business **545 Willowbrook Pkwy Unit B, Willowbrook, Illinois**
on (DATE) **2-14-2024** at (TIME) **9:31 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **FIO Chih – Accountant**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address does not exist    ☐ Service cancelled by litigant
☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____
( ) _____, ( ) _____

**Description:**
☐ Male ☐ White ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☒ 5'-5'3" ☒ 100-130 Lbs.
☐ Hispanic ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☒ Asian ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Indian ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me, A notary public, this **16** day of **February** 20**24**

SERVED BY Karl Brown
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

OFFICIAL SEAL
ANDREW JAY RAPHAEL
Notary Public, State of Illinois
Commission No. 981147
My Commission Expires November 13 2027

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS